CSD 1100 [12/01/15]
Name, Address, Telephone No. & I.D. No.

Brian Crozier Whitaker, SBN 183350
Yuri Simpson, SBN 183737
Lifeline Legal, LLP
9665 Chesapeake Drive, Suite #345
San Diego, CA 92123
O: 858-560-4335  F: 619-512-5123

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re

Thomas A. Angulo

BANKRUPTCY NO. 15-05955-LA

Debtor.

## AMENDMENT

Presented are the original and one conformed copy of the following [Check one or more boxes as appropriate]:

- ☐ Voluntary Petition
- ☐ Attachment to Chapter 11 Voluntary Petition for Non-Individuals
- ☐ Exhibit C: Attachment to Voluntary Petition B 1
- ☐ Summary of Schedules (Includes Statistical Summary of Certain Liabilities)
- ☐ Summary of Your Assets and Liabilities and Certain Statistical Information
- ☒ Schedule of Real and/or Personal Property
- ☒ Schedule of Property Claimed Exempt for Individuals
- ☐ Creditors Holding Claims Secured by Property, Creditors Who Have Unsecured Priority and/or Non-priority Claims, and/or Matrix, and/or list of Creditors or Equity Holders - REQUIRES COMPLIANCE WITH LOCAL RULE 1009
    - ☐ Adding or deleting creditors (electronic media), changing amounts owed or classification of debt - $30.00 fee required. See instructions on reverse side.
    - ☐ Correcting or deleting other information. See instructions on reverse side.
- ☐ Schedule of Executory Contracts & Expired Leases
- ☐ Schedule of Co-Debtor
- ☐ Income of Individual Debtor(s)
- ☐ Expenses of Individual Debtor(s)
- ☐ Expenses for Separate Household of Debtor 2
- ☐ Statement of Financial Affairs
- ☐ Chapter 7 Statement of Your Current Monthly Income
- ☐ Chapter 7 Statement of Exemption from Presumption of Abuse Under § 707(b)(2)
- ☐ Chapter 7 Means Test Calculation
- ☐ Chapter 11 Statement of Your Current Monthly Income
- ☐ Chapter 13 Statement of Current Monthly Income and Calculation of Commitment Period:
- ☐ Chapter 13 Calculation of Your Disposable Income
- ☐ Other:

Dated: 02/16/2017          Signature  /s/ Brian C. Whitaker
                                       Attorney for Debtor

CSD 1100 (Page 2) [12/01/15]

# DECLARATION OF DEBTOR

I [We] __Thomas A. Angulo__ and _____, the debtor(s), hereby declare under penalty of perjury that the information set forth in the amendment attached hereto, consisting of __5__ pages, and on the creditor matrix electronic media, if any, is true and correct to the best of my [our] information and belief.

Dated: 03/13/2017       _/s/ TA_____       _____
                        *Debtor                          *Joint Debtor

*Pursuant to LBR 5005-4(C), the original debtor signature(s) in a scanned format is required.

## INSTRUCTIONS

A. Each amended page is to be in the same form as the original but is to contain **only the information to be changed or added**. Pages from the original document which are not affected by the change are **not** to be attached.
   1. Before each entry, specify the purpose of the amendment by inserting:
      a. "ADDED," if the information was missing from the previous document filed; or
      b. "CORRECTED," if the information modifies previously listed information; or
      c. "DELETED," if previously listed information is to be removed.
   2. At the bottom of each page, insert the word "AMENDED."
   3. Attach all pages to the cover page and, *if a Chapter 7, 11, or 12 case*, serve a copy on the United States Trustee, trustee (if any) and/or the members of a creditors' committee. *If a Chapter 13 case*, serve a copy on the trustee; DO NOT serve a copy on the United States Trustee.
B. Comply with Local Bankruptcy Rule 1009 when adding or correcting the names and/or addresses of creditors (electronic media required when Amendment submitted on paper) or if altering the status or amount of a claim.

**Amendments that fail to follow these instructions may be refused.**
**\*\*Amendments filed after the case is closed are not entitled to a refund of fees\*\***

## PROOF OF SERVICE

I, whose address appears below, certify:

That I am, and at all relevant times was, more than 18 years of age;

I served a true copy of this Amendment on the following persons listed below via the following method(s):

1. **To Be Served by the Court via Notice of Electronic Filing ("NEF"):**

Under controlling Local Bankruptcy Rules(s) ("LBR"), the document(s) listed above will be served by the court via NEF and hyperlink to the document. On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address(es) indicated and/or as checked below:

| | | | |
|---|---|---|---|
| | JAMES L. KENNEDY<br>jim@jlkennedy.com;<br>jlk@trustesolutions.net | | |
| [X] | **Chapter 7 Trustee:** | | |
| [X] | For Chpt. 7, 11, & 12 cases:<br>**UNITED STATES TRUSTEE**<br>ustp.region15@usdoj.gov | [ ] For ODD numbered Chapter 13 cases:<br>**THOMAS H. BILLINGSLEA, JR., TRUSTEE**<br>Billingslea@thb.coxatwork.com | [ ] For EVEN numbered Chapter 13 cases:<br>**DAVID L. SKELTON, TRUSTEE**<br>admin@ch13.sdcoxmail.com<br>dskelton13@ecf.epiqsystems.com |

CSD 1100

2. **Served by United States Mail or Overnight Mail:**

On _____ ,I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail via 1) first class, postage prepaid, 2) certified mail with receipt number or 3) overnight mail service, addressed as follows:

3. **Served by Personal Delivery, Facsimile Transmission or Electronic Mail:**

Under Fed.R.Civ.P.5 and controlling LBR, on _____ , I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or electronic mail as follows:

I declare under penalty of perjury under the laws of the United States of America that the statements made in this proof of service are true and correct.

Executed on  03/16/2017
(Date)

/s/ Julieta B. Gonzales
(Typed Name and Signature)

9665 Chesapeake Drive, Suite 345
(Address)

San Diego, CA 92123
(City, State, ZIP Code)